```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF GEORGIA
                   ATLANTA DIVISION
```

**UNITED STATES OF AMERICA**          \*
                              \*
**V**          \*          **CRIMINAL ACTION NUMBER**
                              \*          **1:18-cr-00133-TCB-CMS**
**KWAMAINE JERELL FORD,**          \*
                              \*
    **Defendant.**          \*

## SENTENCING MEMORANDUM

COMES NOW the Defendant, by and through undersigned counsel, and files the within and foregoing Sentencing Memorandum as follows:

Attached hereto are character letters written on Mr. Ford's behalf. (See attached).

                                              Respectfully submitted,

                                              s/*Steven Berne*_____
                                              STEVEN P. BERNE
                                              ATTORNEY FOR DEFENDANT
                                              GEORGIA BAR NO. 055020

1441 Dunwoody Village Parkway
Suite 100
Atlanta, Georgia 30338
(404) 881-5335

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1C**

This is to certify that the foregoing document was formatted in accordance with Local Rule 5.1C in Courier New font, 12 point type.

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served upon counsels of record in this case a copy of the foregoing document via the Electronic Case Filing system of the United States District Court for the Northern District of Georgia.

This ___10_____ day of ___July_____, 2019_.

Respectfully submitted,

s/*Steven Berne*_____
STEVEN P. BERNE
ATTORNEY FOR DEFENDANT
GEORGIA BAR NO. 055020

1441 Dunwoody Village Parkway
Suite 100
Atlanta, Georgia 30338
(404) 881-5335
atlantalaw@bellsouth.net