*Dr. Rick Holton & Associates, P.A.*
*3350 Hibiscus Street Miami, FL. 33133*
*786-295-1579*
*E-Mail, rickh1555@aol.com*
*www.rickholton.com*

July 8, 2019

Dear Judge Batten,

Please accept this correspondence as a character reference for **Kwamaine Ford.** I have known Mr. Ford for over Twenty Five years and can attest to his hard work and dedication as an established member of his community. I have witnessed his work in the public and private sectors, and find him to be very astute and committed to his craft and his convictions. Having had the opportunity to observe him during his early childhood interactions with family and friends has caused me to endorse him wholeheartedly as an outstanding young man with the potential to make positive contributions to our community.

Further, I consider him to be an individual of impeccable character, integrity, and professional bearing with the necessary skills and knowledge to resolve matters through good communication skills when necessary. His unwavering commitment to work with family members, together with his willingness to share his life experiences and acumen with the people he interacts with day to day is indicative of his sincerity of purpose and devotion to quality and fair service for all.

Please consider this letter as an endorsement of character for Mr. Ford. If there are any questions, you may contact me by calling 786-295-1579.

Sincerely,

## Dr. Rick Holton