Pastor Brandon Greene
4222 Big Ben Court
North Charleston, SC 29418

1

## Court Reference Letter

Date: 7/2/2019

Re: Kwamaine Jerrell Ford

To The Honorable Judge Batten,

I have known Kwamaine Ford as a good friend for over ten years. I was both troubled and shocked to hear about his case as he has always been a rather solid person. It is for this reason I am happy to write a letter of reference for Kwamaine regarding this matter. I know the seriousness of this matter however, I hope the court will show some leniency.

Kwamaine Ford has always been a positive character amongst his family, friends and community. In our friendship, we connected through our shared Christian faith and involvement with the local church. As an ordained clergyman, it has always been important to me to surround myself with brothers and sisters who share my love for the principles of Christ and love for people.

In addition, from the many talks and time I have spent with Kwamaine through the years, he has always been an upright individual with a desire to make a positive impact in our society. I have witnessed Kwamaine endure some difficult times and circumstances, yet he remained even-keeled. Even during my own difficult times, Kwamaine has been a source of camaraderie for me.

While it is unfortunate that he has made some bad decisions, thus resulting in this case. It comes as no surprise to me that he is ready to accept responsibility for his actions. I believe that as we move forward, he will emerge a better person.

In short, Kwamaine expressed a deep sense of remorse in making such a serious mistake and I believe in his ability to pay his debt to society. It is my sincere hope the court take this letter into consideration at the time of sentencing.

Pastor Brandon Greene
4222 Big Ben Court
North Charleston, SC 29418

Despite the current case, I still believe Kwamaine Jerrell Ford to be an honorable individual, a valuable member of my community, and a good human being.

Sincerely,

*Brandon Greene*

**Pastor Brandon Greene**