**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **V** | * | **CRIMINAL ACTION NUMBER** |
| | * | **1:18-cr-00133-TCB-CMS** |
| **KWAMAINE JERELL FORD,** | * | |
| | * | |
| Defendant. | * | |

<u>**SUPPLEMENTAL SENTENCING MEMORANDUM**</u>

COMES NOW the Defendant, by and through undersigned counsel, and files the within and foregoing Supplemental Sentencing Memorandum as follows:

Attached hereto are additional character letters written on Mr. Ford's behalf. (See attached).

                                          Respectfully submitted,

                                          s/*Steven Berne*_____
                                          STEVEN P. BERNE
                                          ATTORNEY FOR DEFENDANT
                                          GEORGIA BAR NO. 055020

1441 Dunwoody Village Parkway
Suite 100
Atlanta, Georgia 30338
(404) 881-5335

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1C**

This is to certify that the foregoing document was formatted in accordance with Local Rule 5.1C in Courier New font, 12 point type.

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served upon counsels of record in this case a copy of the foregoing document via the Electronic Case Filing system of the United States District Court for the Northern District of Georgia.

This ___15_____ day of ___July_____, 2019_.

Respectfully submitted,

s/*Steven Berne*_____
STEVEN P. BERNE
ATTORNEY FOR DEFENDANT
GEORGIA BAR NO. 055020

1441 Dunwoody Village Parkway
Suite 100
Atlanta, Georgia 30338
(404) 881-5335
atlantalaw@bellsouth.net