**Julia A. Hale**
**394 Banyan Avenue**
**Pahokee, FL 33476**
**Tel: (561) 924-6129 - Cellular: (561) 449-7031**
**Email: Jscurryhale@gmail.com**

---

July 12, 2019

To Whom It May Concern:

Re: Kwamaine Jerell Ford

Dear Sir and/or Madam:

I welcome this opportunity to write this character reference on behalf of Kwamaine Jerell (KJ) Ford. I served as Executive Director of the Pahokee Housing Authority (PHA) for approximately forty-one (41) years and retired six months ago.

I have known Kwamaine since he was around ten (10) or eleven (11) years old. He was a very intelligent and well-disciplined kid that grew into an exceptionally profound young man. He has always been very respectable and highly respected by his peers.

When Kwamaine became a teenager, during the summer months, he would volunteer with the Pahokee Housing Authority Summer Youth Program, doing peer-mentoring with underprivileged children that were from families with Extremely Low, Very Low, and Low-income. To most, he was a "Big Brother." For many of these kids came from broken homes where there were no fathers and with minimal direction. Kwamaine positively influenced many of them. As an adult, he still checks on the progress of the children whenever he visits the Pahokee (*rated one of the highest poverty-stricken cities in the Nation*) area. This is highly commendable!

Kwamaine is a fine young man with great character. He honored God from a very young age. Every Sunday and sometimes during week nights, he would travel 45 miles one way, to attend Church Service and assist the Presiding Pastor with various assignments. I know him to be a very honest young man who often gives of himself to help those in need. He shows nothing but love for people, which is a quality only God gives. I can honestly assure you that this and all that I have shared with you in this letter is of *utmost* truth.

*I am praying, wholeheartedly, and trusting in Almighty God that Kwamaine be granted any favor within your God-given authority, so he may freely continue his life as a productive citizen.*

Thank you so much for taking the time to read this letter. And I pray that Jehovah God will continue to bless your endeavors.

Should you need to contact me, I can be reached at the address, Gmail, or telephone number above.

Respectfully yours,

Julia A. Hale

/jah